## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**KEVIN TOWNSLEY,**

**Plaintiff,**

**v.**                                                     **Case No.  8:06-cv-1464-T-30MAP**

**COMMISSIONER SOCIAL SECURITY,**

**Defendant.**
_____/

### ORDER OF DISMISSAL

Plaintiff has failed to show cause, in writing, why this action should not be dismissed for lack of service pursuant to Rule 4(m), Fed. R. Civ. P., in accordance with this Court's Order to Show Cause (Dkt. #5) entered on December 18, 2006.  It is therefore

**ORDERED AND ADJUDGED** as follows:

1)      This cause is dismissed without prejudice.

2)      All pending motions are denied as moot.

3)      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 24, 2007.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*F:\Docs\2006\06-cv-1464.dismissal.wpd*